```
                                                         TERMED TRANSF
                    U.S. District Court
             Southern District of California (San Diego)
                                                         05-   240
             CIVIL DOCKET FOR CASE #: 04-CV-2386

Divxnetworks Inc v. Archos Incorporated, et al      Filed: 11/30/04
Assigned to: Judge M. James Lorenz       Jury demand: Plaintiff
         Referred to: Magistrate Judge Barbara Lynn Major
Demand: $5,000,000                       Nature of Suit: 840
Lead Docket: None                        Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 15:1114 Trademark Infringement
```

DIVXNETWORKS, INCORPORATED          Shaun P Martin
    plaintiff                       [COR LD NTC]
                                    University of San Diego
                                    School of Law
                                    5998 Alcala Park
                                    San Diego, CA 92110-2492
                                    (619)260-2347

    v.

ARCHOS INCORPORATED                 Charles F Reidelbach
    defendant                       (619)696-1410
                                    [COR LD NTC]
                                    Higgs Fletcher and Mack
                                    401 West A Street
                                    Suite 2600
                                    San Diego, CA 92101
                                    (619)230-8798

                                    Douglas V Rigler
                                    (703)521-8231
                                    [COR LD NTC]
                                    Young and Thompson
                                    745 South 23rd Street
                                    Arlington, TX 22202
                                    (703)521-2297

ARCHOS SA                           Charles F Reidelbach
    defendant                       (See above)
                                    [COR LD NTC]

                                    Douglas V Rigler
                                    (See above)
                                    [COR LD NTC]

Docket as of April 20, 2005 4:32 pm                      Page 1

RECEIVED APR 25 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

APR 20 2005 I hereby attest and certify on That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody. CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA By _____ Deputy

```
Proceedings include all events.                                    TERMED
3:04cv2386 Divxnetworks Inc v. Archos Incorporated, et al
                                                                   TRANSF
11/30/04  1      Complaint Filed; (referred to Magistrate Judge Barbara L.
                 Major )  Receipt No/Amt of Fee: 109079,$150.00 t/w jury
                 demand; letter prepared. (swd) [Entry date 11/30/04]

11/30/04  2      Summons issued (swd) [Entry date 11/30/04]

12/9/04   3      Pro Hac Vice approved on behalf of defendant Archos
                 Incorporated, defendant Archos SA  for Douglas V Rigler (tdo)
                 [Entry date 12/10/04]

12/16/04  4      Proof of service by defendant Archos Incorporated,
                 defendant Archos SA  of: pro hac vice application of
                 Douglas V. Rigler (bar) [Entry date 12/20/04]

12/20/04  5      Rule 7.1. disclosure statement by defendant Archos
                 Incorporated (ryc) [Entry date 12/20/04]

12/20/04  6      Notice of Motion and Motion by defendant Archos Incorporated
                 to dismiss cmp for lack of personal jurisdiction or
                 alternatively to transfer action or to stay action  and
                 for imposition of sanctions [motion(s) referred to Judge
                 M. J. Lorenz] motion hrg set for 1/31/05 at 10:30 a.m. (ryc)
                 [Entry date 12/21/04] [Edit date 12/21/04]

12/20/04  7      Memorandum of points and authorities by defendant Archos
                 Incorporated in support of motion to dismiss for lack of
                 jurisdiction [6-1] or alternatively motion to transfer
                 [6-2] or stay action [6-3] and for motion for imposition of
                 sanctions [6-4] (ryc) [Entry date 12/21/04]

12/20/04  8      Declaration of Brad Wallace by defendant Archos
                 Incorporated in support of motion to dismiss cmp for lack
                 of personal jurisdiction [6-1] or alternatively, motion to
                 transfer case [6-2], motion to stay action [6-3] and for
                 motion for imposition of sanctions [6-4] (ryc)
                 [Entry date 12/21/04]

12/20/04  9      Declaration of Douglas V. Rigler by defendant Archos
                 Incorporated in support of ntc of motion and motion to
                 dismiss cmp for lack of personal jurisdiction [6-1], motion
                 to transfer case [6-2] motion to stay action [6-3] and
                 motion for imposition of sanctions [6-4] t/w exhs (ryc)
                 [Entry date 12/21/04]

1/5/05    10     Order Re: Oral Argument by Judge M. J. Lorenz: Dft Archos
                 Incorporated's motion to dismiss cmp for lack of personal
                 jurisdiction [6-1], motion to dismiss cmp for lack of
                 personal jurisdiction [6-1], motion to transfer action
                 [6-3] and motion for imposition of sanctions - submitted on
                 the papers and w/out oral argument. No appearances are
                 required (ryc) [Entry date 01/06/05]
```

```
Proceedings include all events.                                      TERMED
3:04cv2386 Divxnetworks Inc v. Archos Incorporated, et al
                                                                     TRANSF
1/14/05   11      Notice by plaintiff Divxnetworks Inc of related case(s)
                  04-1400 in the District of Delaware (no proposed low no
                  order prepared) (ryc) [Entry date 01/18/05]

1/14/05   12      Opposition by plaintiff Divxnetworks Inc  to motion to
                  dismiss cmp for lack of personal jurisdiction [6-1], motion
                  to transfer action [6-2], motion to stay action [6-3]; (ATTY
                  Maintenance) (r1r) [Entry date 01/18/05]
                  [Edit date 01/18/05]

1/14/05   13      Declaration of Shaun P. Martin in support of plaintiff
                  Divxnetworks Inc re motion response [12-1] (r1r)
                  [Entry date 01/18/05]

1/14/05   14      Declaration of Lisa Dehaine by plaintiff Divxnetworks Inc
                  in support of opposition to motion to dismiss cmp for lack
                  of personal jurisdiction [6-1], motion to transfer action
                  [6-2], motion to stay action [6-3] (ryc)
                  [Entry date 01/18/05]

1/24/05   15      Notice by defendant Archos Incorporated  of related case(s);
                   no low number transfer prepared as the related case
                  referred to was filed in the USDC, District of Delaware.
                  (mam) [Entry date 01/25/05]

1/24/05   16      Reply by defendant Archos Incorporated  to opposition to
                  motion to dismiss cmp for lack of personal jurisdiction
                  [6-1], motion to transfer action [6-2], motion to stay
                  action [6-3], motion for imposition of sanctions [6-4] (bar)
                  [Entry date 01/25/05]

1/24/05   17      Declaration of Douglas V. Rigler in support of  defendant
                  Archos Incorporated re motion reply [16-1] (bar)
                  [Entry date 01/25/05]

1/26/05   18      Proof of service by defendant Archos Incorporated of: reply
                  memorandum and reply declaration of Douglas V. Rigler in
                  further support of ntc of motion and motion to dismiss,
                  transfer, or stay action and for imposition of sanctions
                  t/w ntc of related case upon atty David J. Richter, Esq.
                  (ryc) [Entry date 01/27/05]

1/26/05   19      Proof of service by defendant Archos Incorporated of: reply
                  memorandum and reply declaration of Douglas V, Rigler in
                  further support of ntc of motion and motion to dismiss,
                  transfer, or stay action and for imposition of sanctions
                  t.w ntc of related case upon atty Shaun P. Martin, Esq. (ryc)
                  [Entry date 01/27/05]
```

```
Proceedings include all events.                                          TERMED
3:04cv2386 Divxnetworks Inc v. Archos Incorporated, et al
                                                                         TRANSF
4/18/05    20      Order by Judge M. J. Lorenz: The court denies as moot dft's
                   motion to dismiss cmp for lack of personal jurisdiction
                   [6-1], grants dft's motion to transfer action [6-2], denies
                   as moot dft's motion to stay action [6-3] and denies dft's
                   motion for imposition of sanctions [6-4]; Case transferred
                   to Dist of: Delaware (transfer ltr prepared) (ryc)
                   [Entry date 04/20/05]
```