AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



Robert Becker

vs

Universal Circulation Marketing LLC; Jamie Kapczynski; Michael Kapczynski

SUMMONS IN A CIVIL ACTION

Case No.   04CV2391-JAH(NLS)

TO: (Name and Address of Defendant)



YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Robert Becker
    416 W. San Ysidro Blvd.
    #860
    San Ysidro, CA 92173
    (206)984-4864

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | December 8, 2004 |
|---|---|
| Clerk of Court | DATE |

By U.S. District Court, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action

4

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | |
| NAME OF SERVER | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were _____

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Fees is true and correct.

Executed on: _____

Date          Signature of Server

              Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OF ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE UNLESS THE PARTIES AT THE TIME OF THEIR CONSENT TO TRIAL BEFORE A MAGISTRATE AGREE UPON REVIEW BY THE UNITED STATES DISTRICT COURT.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure                summons.frp

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.  
Clerk of Court

Matt Dykman  
Chief Deputy

December 8, 2004

Robert Becker  
416 W. San Ysidro Blvd.  
# 860  
San Ysidro, CA 92173

RE: Case Number 04CV2391-JAH(NLS_)

Dear Sincerely yours,:

Enclosed you will find a conformed copy of your complaint that was filed on 11/04/30 and a copy of the Order granting your petition to proceed in Forma Pauperis.

Also enclosed are copies of your complaint, summons and U.S. Marshal service forms. It is your responsibility to complete the Marshal 285 forms and mail them together with the complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with a complaint, summons, and Marshal service form for each defendant to be served. The U.S. Marshal must also receive a copy of the summons and complaint for their record keeping purposes.

Also enclosed is a certified copy of the order granting forma pauperis in this case. It must be mailed to the U.S. Marshal with the complaint and summons package.

U. S. Marshals Office  
U. S. Courthouse  
940 Front Street  
San Diego, CA 92189

Sincerely yours,

W. Samuel Hamrick, Jr.  
Clerk of Court

By: _____  
J. Petersen, Deputy Clerk

```
 1  CHARLES F. REIDELBACH, JR., ESQ. (Bar No. 167482)
    PHILLIP C. SAMOURIS, ESQ. (Bar No. 163303)
 2  HIGGS, FLETCHER & MACK LLP
    401 West "A" Street, Suite 2600
 3  San Diego, California 92101
    TEL: (619) 236-1551
 4  FAX: (619) 696-1410

 5  Attorneys for Defendants
    ARCHOS, INC. and ARCHOS S.A.
 6
```

ORIGINAL    04 DEC 16 PM 3:37

- 240

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVXNETWORKS, INC., | CASE NO. 04 CV-2386 L(BLM) |
| Plaintiff, | |
| v. | |
| ARCHOS, INC. and ARCHOS S.A., | **PROOF OF SERVICE** |
| Defendants. | |

RECEIVED 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

HIGGS, FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

525789.1

4

CASE NO. 04 CV-2386 L(BLM)
PROOF OF SERVICE

## PROOF OF SERVICE

I, Marianne E. Boyles, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101. On December 10, 2004, I served the within document:

**DEFENDANT'S PRO HAC VICE APPLICATION OF DOUGLAS V. RIGLER**

☐ by transmitting via facsimile the documents listed above to the fax number, 213-627-8508 on this date before 5:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery. A true and correct copy of the airbill is attached hereto.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Shaun P. Martin, Esq.**
**University of San Diego School of Law**
**5998 Alcala Park, Warren Hall**
**San Diego, CA 92110**

David J. Richter, Esq.
Johnny Y. Chen, Esq.
DivXNetworks, Inc.
4780 Eastgate Mall
San Diego, CA 92121

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

///
///
///
///

600396.1

CASE NO. 04 CV-2386 L(BLM)
PROOF OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the above is true
2  and correct.
3  Executed on December 10, 2004, at San Diego, California.

*Marianne E. Boyles* (signature)

Marianne E. Boyles

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

600396.1              -2-              CASE NO. 04 CV-2386 L(BLM)
                                       PROOF OF SERVICE