

1  Charles F. Reidelbach, Jr., State Bar No. 167482   (Space Below Reserved for Filing Stamp Only)
2  Phillip C. Samouris, State Bar No. 163303
   HIGGS, FLETCHER & MACK LLP
3  401 West A Street, Suite 2600
   San Diego, CA 92101-7910
4  Telephone: (619) 236-1551
5  Facsimile: (619) 696-1410

6  Douglas V. Rigler
7  YOUNG & THOMPSON
   745 South 23rd Street
8  Arlington, Virginia 22202
9  Telephone: (703) 521-2297
   Facsimile: (703) 685-0573
10

11 Attorneys for Defendant ARCHOS, INC.

12
            IN THE UNITED STATES DISTRICT COURT FOR
13
              THE SOUTHERN DISTRICT OF CALIFORNIA
14

15 DIVXNETWORKS, INC.,          )   CASE NO. 04 CV 2386 L (BLM)
                                )
16         Plaintiff,           )   **RULE 7.1 DISCLOSURE**
                                )   **STATEMENT**
17 v.                           )
                                )
18                              )
   ARCHOS, INC. and             )
19 ARCHOS S.A., *               )   Date Complaint Filed: November 30, 2004
                                )
20                              )
         Defendants.            )
21                              )

22
        Pursuant to Fed. R. Civ. P. Rule 7.1, and to enable judges and magistrates
23
24 of the Court to evaluate possible disqualification or recusal, the undersigned
25
26 _____
27
28 * Archos S.A. has not been served with the complaint in this action as of the date of this filing.

-1-

<u>Rule 7.1 Disclosure Statement - Page 1 of 2</u>                    04cv2386

1  attorneys of record for the defendant, Archos, Inc. certify that Archos, Inc. is
2  wholly-owned by defendant Archos S.A., a publicly held French corporation,
3  traded on Euronext.
4
5  Dated: December 17, 2004

Douglas V. Rigler
drigler@young-thompson.com
YOUNG & THOMPSON
745 South 23rd Street
Arlington, VA 22202
Tel: (703) 521-2297
Fax: (703) 685-0573

Charles F. Reidelbach, Jr.
State Bar No. 167482
reidelbach@higgslaw.com
Phillip C. Samouris
State Bar No. 163303
samouris@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA  92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendant, Archos, Inc.

TO:
Shaun P. Martin, Esq.
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA  92110

David J. Richter, Esq.
Johnny Y. Chen, Esq.
DivXNetworks, Inc.
4780 Eastgate Mall
San Diego, CA  92121

Counsel for Plaintiff, DivXNetworks, Inc.

-2-

**Rule 7.1 Disclosure Statement - Page 2 of 2**                              04cv2386