Charles F. Reidelbach, Jr., State Bar No. 167482    (Space Below Reserved for Filing Stamp Only)
Phillip C. Samouris, State Bar No. 163303
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Douglas V. Rigler
YOUNG & THOMPSON
745 South 23rd Street
Arlington, Virginia 22202
Telephone: (703) 521-2297
Facsimile: (703) 685-0573

Attorneys for Defendant ARCHOS, INC.

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVXNETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARCHOS, INC. and ARCHOS S.A.,*<br><br>Defendants. | CASE NO. 04 CV 2386 L (BLM)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVELY TRANSFER OR STAY ACTION AND FOR THE IMPOSITION OF SANCTIONS**<br><br>Date: January 31, 2005<br>Time: 10:30 AM<br>Courtroom: 14 – Fifth Floor<br><br>Date Complaint Filed: November 30, 2004 |

Defendant Archos, Inc. ("Archos") moves for dismissal of the complaint of plaintiff, DivXNetworks, Inc. ("DivX"), for lack of personal jurisdiction and in favor of a "first-filed" declaratory judgment non-infringement action filed before the United States District Court for the District of Delaware on October 28, 2004. In the alternative, Archos moves the Court

---

* Archos S.A. has not been served with the complaint in this action as of the date of this filing.

-1-

<u>Notice Of Motion And Motion To Dismiss Or Alternatively Transfer Or Stay Action</u> - Page 1 of 2    04cv2386

1 to transfer this action to the United States District Court for the District of Delaware, or such
2 other more appropriate district as this Court determines, pursuant to 28 U.S.C. § 1404(a) or
3 28 U.S.C. 1406(a), and/or stay this action pending resolution of the parallel "first filed"
4 trademark declaratory judgment non-infringement action currently pending before the United
5 States District Court for the District of Delaware.  Additionally, Archos requests that
6 sanctions be imposed against DivX, and its counsel, for failing, in violation of Local Civil
7 Rules 40.1 and 83.1, to advise the Court in the Civil Cover Sheet accompanying filing of the
8 complaint in this action of the existence of the "first-filed" related Delaware declaratory
9 judgment action or to file a Notice of Related Case.

Dated: December 17, 2004

_____
Douglas V. Rigler
drigler@young-thompson.com
YOUNG & THOMPSON
745 South 23rd Street
Arlington, VA 22202
Tel: (703) 521-2297
Fax: (703) 685-0573

Charles F. Reidelbach, Jr., State Bar No. 167482
reidelbach@higgslaw.com
Phillip C. Samouris, State Bar No. 163303
samouris@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 696-1410
Facsimile: (619) 236-1551

Attorneys for Defendant, Archos, Inc.

TO: Shaun P. Martin, Esq.
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110

David J. Richter, Esq.
Johnny Y. Chen, Esq.
DivXNetworks, Inc.
4780 Eastgate Mall
San Diego, CA 92121
**Counsel for Plaintiff, DivXNetworks, Inc.**

-2-

<u>Notice Of Motion And Motion To Dismiss Or Alternatively
Transfer Or Stay Action</u> - Page 2 of 2

04cv2386

# CERTIFICATE OF SERVICE

I, Teresa Karas, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. On December 20, 2004, I served the within documents, with all exhibits (if any):

**SEE ATTACHED LIST**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery. A true and correct copy of the airbill is attached hereto.

**Attorneys for Plaintiff**
**Shaun P. Martin, Esq.**
**University of San Diego School of Law**
**5998 Alcala Park, Warren Hall**
**San Diego, CA 92110**
**Phone: 619-260-2347**
**Fax: 619-260-7933**

**David J. Richter, Esq.**
**Johnny Y. Chen, Esq.**
**DivXNetworks, Inc.**
**4780 Eastgate Mall**
**San Diego, CA 92121**
**Tel: 858-882-0600**
**Fax: 858-882-0601**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

Higgs, Fletcher & Mack LLP
Attorneys At Law
San Diego

657561.1     PROOF OF SERVICE - CASE NO. 04CV2386 L (BLM)

day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 20, 2004, at San Diego, California.

*/s/ Teresa Karas*
Teresa Karas

DivXNetworks, Inc. v. Archos, Inc.
Case No. 04 CV 2386 L (BLM)

## ATTACHMENT TO CERTIFICATE OF SERVICE

1. NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVELY TRANSFER OR STAY ACTION AND FOR THE IMPOSITION OF SANCTIONS

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVELY TRANSFER OR STAY ACTION AND FOR THE IMPOSITION OF SANCTIONS

3. DECLARATION OF DOUGLAS V. RIGLER IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVELY TRANSFER OR STAY ACTION AND FOR THE IMPOSITION OF SANCTIONS

4. DECLARATION OF BRAD WALLACE NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVELY TRANSFER OR STAY ACTION AND FOR THE IMPOSITION OF SANCTIONS

5. [PROPOSED] ORDER TO DISMISS ACTION

6. [PROPOSED] ORDER TO TRANSFER ACTION

7. [PROPOSED] ORDER TO STAY ACTION

8. RULE 7.1 DISCLOSURE STATEMENT

657567.1