Original

Charles F. Reidelbach, Jr., State Bar No. 167482    (Space Below Reserved for Filing Stamp Only)
Phillip C. Samouris, State Bar No. 163303
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 696-1410
Facsimile: (619) 236-1551

Douglas v. Rigler
YOUNG & THOMPSON
745 South 23rd Street
Arlington, Virginia 22202
Telephone: (703) 521-2297
Facsimile: (703) 685-0573

Attorneys for Defendant ARCHOS, INC.

## IN THE UNITED STATES DISTRICT COURT FOR

## THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVXNETWORKS, INC., | CASE NO. 04 CV 2386 L (BLM) |
| Plaintiff, | **DECLARATION OF BRAD WALLACE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVELY TRANSFER OR STAY ACTION AND FOR THE IMPOSITION OF SANCTIONS** |
| v. | |
| ARCHOS, INC. and ARCHOS S.A.,* | |
| Defendants. | |
| | Date: January 31, 2005 |
| | Time: 10:30 AM |
| | Courtroom: 14 – Fifth Floor |
| | Date Complaint Filed: November 30, 2004 |

1.  I am the Chief Operations Officer of Archos, Inc. ("Archos") in the above-captioned action. I submit this declaration in support of Archos' motion to dismiss, transfer,

---

* Archos S.A. has not been served with the complaint in this action as of the date of this filing.

-1-

Declaration of Brad Wallace In Support of Notice Of Motion And Motion To Dismiss Or Alternatively Transfer Or Stay Action And For The Imposition Of Sanctions
Page 1 of 2                                                                                                    04cv2386

or stay this action and for the imposition of sanctions. The facts stated herein either are personally known to me or are supported by reasonable investigation.

2. Archos sells portable music, photo, video and data storage products. Archos sells its products directly to retail vendors such as, for example, Buy.com, Tweeter, and Wal-Mart Stores, Inc., who are located throughout the United States.

3. None of Archos' wholesale customers, however, are located within either Imperial or San Diego Counties which, as I understand, comprise the jurisdiction of the United States District Court for the Southern District of California.

4. Archos does not conduct business within either Imperial or San Diego County.

5. In order to protect its customer base and business interests, after plaintiff, DivXNetworks, Inc., began sending letters threatening litigation against Tweeter, Wal-Mart, Buy.com, and upon information and belief, other Archos customers, Archos filed a declaratory judgment action before the United States District Court for the District of Delaware on October 28, 2004, for non-trademark infringement.

This Declaration is made under penalties of perjury of the laws of the United States.

DATED: December 17, 2004

*Brad Wallace*
Brad Wallace
Chief Operations Officer
Archos, Inc.

-2-
Declaration of Brad Wallace In Support of Notice Of Motion And Motion To Dismiss Or Alternatively Transfer Or Stay Action And For The Imposition Of Sanctions
Page 2 of 2                                                                                     04cv2386