08-04-'04 08:32  FROM-DivXNetworks, Inc.    8589095301        T-006  P001/002 F-013



DivXNetworks, Inc.
10350 Science Center Drive
Building 14, Suite 140
San Diego, California 92121
main 858.909.5300
fax 858.909.5301

http://www.divxnetworks.com
http://www.divx.com

August 2, 2004

Mr. Henri Crohas
Chairman & CEO
Archos S.A.
12, rue Ampère
91430 Igny
France

*SENT VIA FEDERAL EXPRESS & FAX*

Dear Mr. Crohas:

We recently became aware that Archos S.A. and its subsidiary operations . ("Archos") have made, and continue to make, unauthorized use of the "DivX®" registered trademark and certain DivXNetworks, Inc. ("DXN") intellectual property, specifically with respect to ARCHOS' AV120 Video Recorder, AV140 Video Recorder, AV320 Video Recorder, AV340 Video Recorder, AV380 Video Recorder, Pocket Video AV420, Pocket Video AV480, and AV500 series products.

We must stress that "DivX®" is a registered trademark of our company and any unauthorized use is illegal. Our trademark serves as an important and distinctive representation of the origin of our products, including brand safety through our official certification program that assures consumers of technology compatibility and interoperability. In brief, our trademark represents the goodwill of our company. The use of our proprietary intellectual property embodied in chips that are integrated into Archos players is unauthorized by DXN in the absence of a direct license from us to you, and is also an illegal act.

Notwithstanding the foregoing, we recognize that our respective companies have been striving to create a business relationship and we value the opportunity to work with Archos.

We respectfully request that Archos S.A., its subsidiary companies, distributors, representative and employees, immediately cease all unauthorized activity. No use of our registered trademark, logo or brand and our intellectual property is permitted until an executed agreement is in place and a settlement for the known infringement has been agreed upon by Archos and DXN. Please remove all references to "DivX®" from product marketing materials, websites, packaging, press and promotional collateral by August 31, 2004, or such time as an agreement may be executed and put in place.

Exhibit A
Page 1

06-04-'04 08:32 FROM-DivXNetworks, Inc.    8589095301        T-006  P002/002 F-213

We hold Archos in the highest regard and are optimistic that we may be able to establish a fruitful partnership. If you have any questions or comments, please contact me at 858-909-5204 or email me at kjohnson@divxnetworks.com.

Sincerely,

Kimberly Johnson
Manager of Brand/IP Defense
DivXNetworks, Inc.

ExhibitA
Page 2

