| | |
|---|---|
| From: | Henri Crohas [crohas@archos.com] |
| Posted At: | Sunday, August 29, 2004 4:14 PM |
| Conversation: | your letter dated August 2d |
| Posted To: | Microsoft Office Outlook Embedded Message |
| Subject: | Re: your letter dated August 2d |

Email & Fax 1 858 909 5301

Dear Mr Johnson,

I have not got hold of your letter dated August 2d until now due to the holiday season.

I understand your preoccupation to defend your trademark, "DivX(R)", but after having read carefully your letter, I do not see where and in what respect Archos would make an unauthorized use of it as you seem to assert. Would you please clarify this point?

Besides, I also noticed in your letter that you refer to the AV500 which had not yet been released. I am very concerned that you may refer to this product. How have you become aware of it and what makes you assert that its documentation make an unauthorized use of the DivX(R) trademark? I hope this is not due to the intervention of Mr Hyder Rabbani, which would constitute, if it were the case, a serious breach of confidentiality. Will you please also clarify this point?

Best Regards,

Henri Crohas

ARCHOS
12, rue Ampere
91430 Igny - France
Tél +33 1 69 33 16 90
Fax +33 1 69 33 16 99
www.archos.com