

DivXNetworks, Inc.
10350 Science Center Drive
Building 14, Suite 140
San Diego, California 92121
main 858.909.5300
fax 858.909.5301

http://www.divxnetworks.com
http://www.divx.com

August 30, 2004

Mr. Henri Crohas
Chairman & CEO
Archos S.A.
12, rue Ampère
91430 Igny
France

*SENT VIA FEDERAL EXPRESS & FAX*

Dear Mr. Crohas:

Thank you for your e-mail of August 29, 2004 in response to my letter dated August 2, 2004.

The registration of our DivX® trademark provides us with certain proprietary rights. This includes the right to restrict the use of the trademark.

It is important that we exercise our right to protect our trademark and our copyrighted software. It serves as an important and distinctive representation of the origin of our products as well as the goodwill of our company.

To support our mission to provide users with the ultimate in quality and performance, the DivX Certified® hardware licensing program ensures that all devices that purport to play DivX® video pass a rigorous set of tests, and meet our high quality standards, before they are marketed and sold using the DivX® name, logo and/or trademark.

Consumers have come to identify the DivX® trademark and logo with these high standards and quality of performance. DivXNetworks, Inc. fiercely protects this consumer trust and confidence by strongly promoting DivX Certified® products and vigorously pursuing the infringement of unlicensed, non-certified product manufacturers that are unlawfully using the DivX® trademark to promote their products and misleading the public.

Please note that there are several unauthorized uses of the DivX® trademark by Archos, in product literature / collateral, product packaging, marketing materials and on your website, along with the claims of Archos player compatibility with DivX® technology. None of the Archos products are currently DivX® certified and Archos is not a licensed DivXNetworks, Inc. partner and therefore is not authorized to make such claims or use its trademark or name.

Furthermore, Archos continues to make claims of DivX® compatibility of its current and future products in product specification details, press releases, interviews and public exhibitions.

Exhibit C
Page 4

In your correspondence you inquired about how DivX® became aware of the AV500 which has not been released. There have been a number of public references to this product in press articles including the "Wall Street Journal" dated January 7, 2004 and at public events such as CeBIT, where MobileMag disclosed that Archos showed the AV500 in an article titled "Archos Reveals the AV500 at CeBIT 2004". (http://www.mobilemag.com/content/100/333/C2924/)

We request, that you immediately cease all unauthorized activity. No use of our registered trademark, logo or brand and our intellectual property is permitted until an executed agreement is in place and a settlement for the known infringement has been agreed upon by our companies.

Sincerely,

Kimberly Johnson
Manager, Intellectual Property

Exhibit C
Page 5

