| | |
|---|---|
| From: | Henri Crohas [crohas@archos.com] |
| Posted At: | Sunday, September 05, 2004 6:23 PM |
| Conversation: | Your letter dated August 30th |
| Posted To: | Microsoft Office Outlook Embedded Message |
| Subject: | Your letter dated August 30th |

Email & Fax 1 858 909 5301

Dear Mr Johnson,

I am in receipt of your second letter dated August 30th which basically repeats the same allegations as your first letter about the unauthorized use of the DivX trademark by Archos but does not explicitely reply to the questions posed in my previous email:

1- Again, I understand your preoccupation to defend your trademark but after having read both of your letters, I still do not see where and in what respect Archos would make any unauthorized use of the DivX trademark. Would you please clarify explicitely this point and produce the evidences of unauthorized use? As far as I know, we use the word DivX once in our product specifications with due care not to mislead the consumer, as follows:
- MPEG4-SP AVI, reads DivX®** 4.0 & 5.0
** files compatible with MPEG4-SP AVI only ; MPEG-4: ISO/IEC standard by Moving Picture Experts Group ; AVI: audio/video file container by Microsoft and DivX®: registered trade mark of DivXNetworks Inc.

2- About the AV500 and to my knowledge, the articles that you mention make no undue reference to DivX in relation with the AV500 and besides engage only their authors. Therefore, I restate my question: what makes you assert that the AV500 documentation, which has not been released yet, makes an unauthorized use of the DivX trademark?

Best Regards,

Henri Crohas

ARCHOS
12, rue Ampere
91430 Igny - France
Tél +33 1 69 33 16 90
Fax +33 1 69 33 16 99
www.archos.com

Exhibit D
Page 6