

DivXNetworks, Inc.
10350 Science Center Drive
Building 14, Suite 140
San Diego, California 92121
main 858.909.5300
fax 858.909.5301

http://www.divxnetworks.com
http://www.divx.com

October 1st, 2004

Tweeter
Attn: Legal Dept.
40 Pequot Way,
Canton, MA 02021

Dear sir or madam,

We recently became aware that your retail stores have made, and continue to make, unauthorized use of the "DivX®" registered trademark, specifically with respect to Archos Video Recorders, model numbers AV 120; AV 140; AV 320; AV 340; AV 380; as well as Archos Pocket Video models AV 420, AV 480, and AV 500 series products.

"DivX®" is a registered trademark of our company, DivXNetworks, Inc. ("DXN"), and any unauthorized use is illegal. Our trademark serves as an important and distinctive representation of the origin of our products as well as the goodwill of our company.

To the extent you sell products that are packaged with displays of any DXN mark, logo or brand, you are providing us with ample grounds for strong trademark action. By the same token, to the extent that you are using any DXN mark, logo or brand name in advertising or other marketing materials for DVD players that are not DXN-licensed products, you also run a substantial risk of liability.

In addition to our cognizable action under trademark law, please note we may also pursue actions under copyright law against DVD manufacturers that violate our copyright in certain software. Your stores would face potential related liability for contributory infringement. One of the keys to contributory infringement is establishing that a defendant had knowledge of the infringing activity at the time it made its contribution to that infringement. Any failure by you to take prompt remedial action in the face of this notice letter would expose you to a claim of contributory infringement.

Notwithstanding the foregoing, we recognize that you may not have been on notice of these issues until now. We would prefer to work together to create a strong, mutually beneficial business relationship. In light of our expectation that your unauthorized actions will promptly cease, we do not plan on initiating legal action at this time.

We request, however, that you immediately cease such unauthorized activity and provide us with all information that would aid us in protecting our brand. No use of our registered trademark, logo or brand is permissible for non-licensed DVD players, including any use by Archos Video Recorders, model numbers AV 120; AV 140; AV 320; AV 340; AV 380; as well as Archos Pocket Video models AV 420, AV 480, and AV 500 series products.

If you have any questions or comments, please contact me at 858-909-5300.

Sincerely,

Kimberly Johnson
Manager, Intellectual Property
DivXNetworks, Inc.

Exhibit E
Page 7

DivXNetworks, Inc.
10350 Science Center Drive
Building 14, Suite 140
San Diego, California 92121
main 858.909.5300
fax 858.909.5301

http://www.divxnetworks.com
http://www.divx.com

October 1st, 2004

Wal-Mart Stores, Inc.
Attn: Legal Dept.
702 S.W. 8th Street,
Bentonville, AR 72716

Dear sir or madam,

We recently became aware that your retail stores have made, and continue to make, unauthorized use of the "DivX®" registered trademark, specifically with respect to Archos Video Recorders, model numbers AV 120; AV 140; AV 320; AV 340; AV 380; as well as Archos Pocket Video models AV 420, AV 480, and AV 500 series products.

"DivX®" is a registered trademark of our company, DivXNetworks, Inc. ("DXN"), and any unauthorized use is illegal. Our trademark serves as an important and distinctive representation of the origin of our products as well as the goodwill of our company.

To the extent you sell products that are packaged with displays of any DXN mark, logo or brand, you are providing us with ample grounds for strong trademark action. By the same token, to the extent that you are using any DXN mark, logo or brand name in advertising or other marketing materials for DVD players that are not DXN-licensed products, you also run a substantial risk of liability.

In addition to our cognizable action under trademark law, please note we may also pursue actions under copyright law against DVD manufacturers that violate our copyright in certain software. Your stores would face potential related liability for contributory infringement. One of the keys to contributory infringement is establishing that a defendant had knowledge of the infringing activity at the time it made its contribution to that infringement. Any failure by you to take prompt remedial action in the face of this notice letter would expose you to a claim of contributory infringement.

Notwithstanding the foregoing, we recognize that you may not have been on notice of these issues until now. We would prefer to work together to create a strong, mutually beneficial business relationship. In light of our expectation that your unauthorized actions will promptly cease, we do not plan on initiating legal action at this time.

We request, however, that you immediately cease such unauthorized activity and provide us with all information that would aid us in protecting our brand. No use of our registered trademark, logo or brand is permissible for non-licensed DVD players, including any use by Archos Video Recorders, model numbers AV 120; AV 140; AV 320; AV 340; AV 380; as well as Archos Pocket Video models AV 420, AV 480, and AV 500 series products.

If you have any questions or comments, please contact me at 858-909-5300.

Sincerely,

Kimberly Johnson
Manager, Intellectual Property
DivXNetworks, Inc.

Exhibit E
Page 8



DivXNetworks, In
10350 Science Center Drh
Building 14, Suite 14
San Diego, California 9217
main 858.909.53(
fax 858.909.531

http://www.divxnetworks.co
http://www.divx.co

October 1st, 2004

Buy.com
Attn: Legal Dept.
85 Enterprise Suite 100,
Aliso Viejo, CA 92656

Dear sir or madam,

We recently became aware that your retail stores have made, and continue to make, unauthorized use of the "DivX®" registered trademark, specifically with respect to Archos Video Recorders, model numbers AV 120; AV 140; AV 320; AV 340; AV 380; as well as Archos Pocket Video models AV 420, AV 480, and AV 500 series products.

"DivX®" is a registered trademark of our company, DivXNetworks, Inc. ("DXN"), and any unauthorized use is illegal. Our trademark serves as an important and distinctive representation of the origin of our products as well as the goodwill of our company.

To the extent you sell products that are packaged with displays of any DXN mark, logo or brand, you are providing us with ample grounds for strong trademark action. By the same token, to the extent that you are using any DXN mark, logo or brand name in advertising or other marketing materials for DVD players that are not DXN-licensed products, you also run a substantial risk of liability.

In addition to our cognizable action under trademark law, please note we may also pursue actions under copyright law against DVD manufacturers that violate our copyright in certain software. Your stores would face potential related liability for contributory infringement. One of the keys to contributory infringement is establishing that a defendant had knowledge of the infringing activity at the time it made its contribution to that infringement. Any failure by you to take prompt remedial action in the face of this notice letter would expose you to a claim of contributory infringement.

Notwithstanding the foregoing, we recognize that you may not have been on notice of these issues until now. We would prefer to work together to create a strong, mutually beneficial business relationship. In light of our expectation that your unauthorized actions will promptly cease, we do not plan on initiating legal action at this time.

We request, however, that you immediately cease such unauthorized activity and provide us with all information that would aid us in protecting our brand. No use of our registered trademark, logo or brand is permissible for non-licensed DVD players, including any use by Archos Video Recorders, model numbers AV 120; AV 140; AV 320; AV 340; AV 380; as well as Archos Pocket Video models AV 420, AV 480, and AV 500 series products.

If you have any questions or comments, please contact me at 858-909-5300.

Sincerely,

Kimberly Johnson
Manager, Intellectual Property
DivXNetworks, Inc.

Exhibit E
Page 9