UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
                                 )
ARCHOS, INC.,                    )
      Plaintiff,                 )
                                 )   Civil Action No. _____
                                 )
v.                               )
                                 )   DEMAND FOR JURY TRIAL
                                 )
DIVXNETWORKS, INC.,              )
      Defendant.                 )
```

FILED
CLERK U.S. DISTRICT COU
DISTRICT OF DELAWARE

2004 OCT 28  AM 10: 4

## COMPLAINT FOR DECLARATORY JUDGMENT OF
## TRADEMARK NON-INFRINGEMENT AND TORTIOUS INTERFERENCE

Plaintiff, Archos, Inc. ("Archos"), for its Complaint against Defendant, DivXNetworks, Inc. ("DivX"), alleges as follows:

### THE PARTIES

1. Plaintiff, Archos, is a California corporation with its principal place of business at 3 Goodyear Unit A, Irvine, CA 92618.

2. Upon information and belief, Defendant, DivX, is a Delaware corporation with its principal place of business at 10350 Science Center Drive, Suite 140, San Diego, CA 92121.

3. Upon information and belief, DivX's registered agent for service of process is Harvard Business Services, Inc., 25 Greystone Manor, Lewes, DE 19958.

### JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and 2201. This action arises, in part, under the trademark laws of the United States, 15 U.S.C. §§ 1115 *et seq.*

5.  Venue is proper in the District of Delaware pursuant to 28 U.S.C. § 1391(c).

## THE TRADEMARKS IN SUIT

6.  On January 29, 2003, a trademark and service mark (No. 2671143) was registered to DivXNetworks for the Word Mark "DivX" (Exhibit A).

7.  On June 29, 2004, a service mark (No. 2857603) was registered to DivXNetworks for the Word Mark "DivX Certified" (Exhibit B).

8.  DivX asserts that these trademarks are owned and licensed for use to others by DivX and hereinafter will be referred to collectively as the Trademarks in Suit.

## BACKGROUND FACTS

9.  By letter dated August 2, 2004, DivX alleged that Archos has made, and continues to make "unauthorized use of the "DivX®" registered trademark and certain DivXNetworks, Inc. ("DXN") intellectual property, specifically with respect to ARCHOS' AV120 Video Recorder, AV140 Video Recorder, AV320 Video Recorder, AV340 Video Recorder, AV380 Video Recorder, Pocket Video AV420, Pocket Video AV480, and AV500 series products."

10. On August 29, 2004, Archos responded, denying that it had made any alleged unauthorized use of DivX's trademarks.

11. By letter dated August 30, 2004, DivX reasserted its infringement allegation, stating "registration of our DivX® trademark provides us with certain proprietary rights" and "the DivX Certified® hardware licensing program ensures that all devices that purport to play DivX® video pass a rigorous set of tests, and meet our

high quality standards, before they are marketed and sold using the DivX® name, logo and/or trademark."

12. On September 5, 2004, Archos countered, reiterating that it had not made unauthorized use of the DivX trademarks by indicating in promotional materials that Archos product files are compatible with DivX product "MPEG4-SP AVI only" when any such reference to a DivX product specified it was a "registered trade mark of DivXNetworks Inc." Thereafter, Archos again requested to know the basis for DivX's assertions that "the AV500 documentation, which has not been released yet, makes an unauthorized use of the DivX trademark."

13. Instead of replying, however, by letter dated October 1, 2004, DivX contacted Buy.com, and upon information and belief other retail customers of Archos, advising that Archos' customers "have made, and continue to make, unauthorized use of the "DivX®" registered trademark, specifically with respect to Archos Video Recorders, model numbers AV 120; AV 140; AV 320; AV 340; AV 380; as well as Archos Pocket Video models AV 420, AV 480, and AV 500 series products."

14. In that same October 1, 2004 letter, DivX also advised Buy.com, and upon information and belief other Archos customers, that DivX "may also pursue actions under copyright law against DVD manufacturers that violate its copyright in certain software."

15. As a result of these communications, Archos has formed a reasonable apprehension that institution of a lawsuit by DivX against Archos for infringement of DivX's trademark is imminent.

## CLAIMS FOR RELIEF

### COUNT I
(Declaration of Non-Infringement)

16. Archos repeats, re-alleges, and incorporates by reference the allegations contained in paragraphs 1 through 15 as though fully set forth herein.

17. DivX has asserted that Archos has infringed the Trademarks in Suit.

18. Archos has not infringed the Trademarks in Suit.

19. This is an exceptional case for purposes of 15 U.S.C. § 1117.

### COUNT II
(Tortious Interference)

20. Archos repeats, re-alleges, and incorporates by reference the allegations contained in paragraphs 1 through 19 as though fully set forth herein.

21. Archos has either a valid contract, a prospective contract, or an economic advantage/relationship with Buy.com and other existing or potential customers.

22. DivX is aware, and for some time prior to writing its October 1, 2004 letter, had knowledge of Archos' existing and reasonably expected business relationship with Buy.com and other already existing and potential customers.

23. Archos' existing and reasonably expected business relationship with Buy.com, and other existing and potential customers, was likely to provide future economic benefit to Archos.

24. By writing Buy.com, and upon information and belief other Archos existing and potential customers, advising that Archos has infringed DivX's trademark, DixV has interfered with Archos' business interests, in violation of California Bus. & Prof. Code § 17000 *et seq.* (Supp. 2004).

Exhibit F
Page 13

25. DivX intended to interfere with or breach Archos' business relationship with Buy.com, and other existing and potential Archos customers, with the sole purpose of harming Archos, and that DivX did so by employing wrongful methods in effecting that interference or breach.

26. Archos' relationship with Buy.com, and other existing or potential customers, has been breached and/or disrupted as a result of DivX's actions.

27. DivX's interfering conduct was not justified or privileged inasmuch as Archos has not infringed DivX's trademarks.

28. As a result of DivX's actions, Archos has suffered actual damages in an amount to be determined.

29. Archos' damages would not have occurred but for DivX's interference with Archos' customers.

30. Because DivX's actions were intentional and unjustified, punitive damages and attorneys' fees are appropriate.

### PRAYER FOR RELIEF

WHEREFORE, Archos requests:

1. Declaratory relief stating that U.S. Trademark No. 2671143 and U. S. Trademark No. 2857603 are unenforceable and/or not infringed by Archos;

2. DivX, and those in active concert or participation with it, be permanently enjoined from initiating trademark infringement litigation against, or threatening Archos or any of its customers, dealers, agents, distributors, or users of Archos' products, with trademark infringement litigation based on the Trademarks in Suit, or charging any of them either verbally or in writing with infringement of the Trademarks in Suit;

3. Archos be awarded compensatory damages;

4. Because of DivX's intentional and unjustified acts in contacting third parties, Archos be awarded punitive damages;

5. Archos be awarded its costs, expenses, and reasonable attorneys' fees; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, Archos, Inc., demands a trial by jury of all issues properly triable by jury in this action.

Dated: Arlington, Virginia
October __, 2004

YOUNG & THOMPSON

Douglas V. Rigler (DC Bar #61838)
drigler@young-thompson.com
Michael H. Piziali (DC Bar #455149)
mpiziali@young-thompson.com
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA 22202
Tel: (703) 521-2297
Fax: (703) 685-0573

# EXHIBIT A



Home   Index   Search   System Alerts   eBusiness Center   News & Notices   Contact Us

**Trademark Electronic Search System (Tess)**

*TESS was last updated on Wed Oct 27 04:27:39 EDT 2004*

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP]
[PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:   OR [Jump] to record:   Record 12 out of 35

[Check Status]

### Typed Drawing

| | |
|---|---|
| Word Mark | DIVX |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: on-line downloadable computer software for broadband video transfer. FIRST USE: 19990901. FIRST USE IN COMMERCE: 20000115 |
| | IC 035. US 100 101 102. G & S: licensing of computer software. FIRST USE: 19990901. FIRST USE IN COMMERCE: 20000115 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76188096 |
| Filing Date | December 28, 2000 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | October 15, 2002 |
| Registration Number | 2671143 |
| Registration Date | January 7, 2003 |
| Owner | (REGISTRANT) DivXNetworks, Inc. CORPORATION DELAWARE |

Exhibit F
Page 17

| | |
|---|---|
| | 10350 Science Center Drive Suite 140 San Diego CALIFORNIA 92121 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | JILL M. PIETRINI |
| Type of Mark | TRADEMARK, SERVICE MARK |
| Register | PRINCIPAL-2(F) |
| Live/Dead Indicator | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP
PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

# EXHIBIT B



| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

*Trademark Electronic Search System (Tess)*

*TESS was last updated on Wed Oct 27 04:27:39 EDT 2004*

Logout  Please logout when you are done to release system resources allocated for you.

Start List At:    OR   Jump to record:    Record 7 out of 35

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | DIVX CERTIFIED |
| **Goods and Services** | IC 042. US 100 101. G & S: testing, analysis and evaluation of the goods of others for the purpose of certification. FIRST USE: 20020917. FIRST USE IN COMMERCE: 20020917 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76520453 |
| **Filing Date** | June 20, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 6, 2004 |
| **Registration Number** | 2857603 |
| **Registration Date** | June 29, 2004 |
| **Owner** | (REGISTRANT) DivXNetworks, Inc. CORPORATION DELAWARE 10350 Science Center Drive, Suite 140 San Diego CALIFORNIA 92121 |
| **Attorney of Record** | JILL M PIETRINI |
| **Prior Registrations** | 2671143;2712951 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CERTIFIED" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |

Exhibit F
Page 20

| | |
|---|---|
| Register | PRINCIPAL-2(F)-IN PART |
| Live/Dead Indicator | LIVE |
| Distinctiveness Limitation Statement | as to "DIVX" |