IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARCHOS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1400-JJF |
| | ) | |
| DIVXNETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant DivXNetworks, Inc. shall move, answer or otherwise respond to Archos, Inc's Complaint is extended through and including December 1, 2004.

_____
Douglas M. Rigler (DC Bar #61838)
Michael H. Piziali (DC Bar #455149)
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202
Attorneys for Plaintiff,
Archos, Inc.

_____
Jeffrey L. Moyer (#3309)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant
DivXNetworks, Inc.

Dated: November 12, 2004

Dated: 11/17, 2004

IT IS SO ORDERED on this 18 day of November, 2004.

_____
United States District Judge

Exhibit G
Page 22

RLF1-2806941-1