## Douglas V. Rigler

**From:** Douglas V. Rigler
**Sent:** Tuesday, November 16, 2004 10:56 AM
**To:** 'smartin@sandiego.edu'
**Subject:** Archos v. DivXNetworks - Our Ref.: 0609-145

Dear Mr. Martin:

Could you give me a telephone call, please?

Sincerely yours,
Douglas V. Rigler
703.521.2297

Exhibit H
Page 23

11/16/2004