# Douglas V. Rigler

| | |
|---|---|
| From: | Shaun Martin [smartin@sandiego.edu] |
| Sent: | Wednesday, November 17, 2004 4:32 PM |
| To: | Douglas V. Rigler |
| Subject: | Re: Archos v. DivXNetworks - Our Ref.: 0609-145 |

I thought that e-mail might be better than telephone tag. The client is fine with a non-principals meeting. Anytime on your suggested date (November 30) is fine with me, and we can use my conference room at the University (5998 Alcala Park, San Diego 92110). Just let me know what time works best for you.

Exhibit I
Page 24

1