## Douglas V. Rigler

| | |
|---|---|
| From: | Shaun Martin [smartin@sandiego.edu] |
| Sent: | Monday, November 29, 2004 2:41 PM |
| To: | Douglas V. Rigler |
| Subject: | Archos v. DivX |



extension.2.DO
C (41 KB)

    Two things.  First, I assume we're still on for tomorrow morning.  Let me know if you need directions or anything else; otherwise, I'll see you tomorrow at 9:30 a.m. at Warren Hall 109C.  Second, we discussed this issue briefly when we initially set up the meeting, but in light of our meeting, I'd appreciate the opportunity to not have to respond to the complaint the day after our conversation.  I have attached a proposed stipulation that extends the date of our response to the complaint to December 15, 2004.  Could you tell me if you're agreeable to such an agreement?  Thanks.