FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2004 DEC -1 PM 3: 27

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARCHOS, INC., | ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 04-1400-JJF |
| DIVXNETWORKS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant DivXNetworks, Inc. shall move, answer or otherwise respond to Archos, Inc's Complaint is extended through and including December 15, 2004.

_____
John W. Shaw (# 3362)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Attorneys for Plaintiff,
Archos, Inc.

Dated: Nov. 30, 2004

_____
Jeffrey L. Moyer (#3309)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant
DivXNetworks, Inc.

Dated: Dec. 1, 2004

IT IS SO ORDERED on this _____ day of _____, 2004.

_____
United States District Judge

Exhibit K
Page 26