FILED
05 JAN -5 PM 3:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

RECEIVED
FEB 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVXNETWORKS, INCORPORATED, | Civil No. 04-CV-2386-L(BLM) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| ARCHOS INCORPORATED, *et al.*, | |
| Defendants. | |

Defendant Archos Incorporated filed a motion to dismiss for lack of personal jurisdiction or alternatively, to transfer the action or to stay the action and for the imposition of sanctions. The motion is set for hearing on January 31, 2005. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

**IT IS SO ORDERED.**

Dated: 1/5/05

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

04CV2386