1  SHAUN P. MARTIN, ESQ. (Bar No. 158480)
   University of San Diego School of Law
2  5998 Alcala Park, Warren Hall
   San Diego, CA 92110
3  (619) 260-2347
   FAX: (619) 260-7933
4  smartin@sandiego.edu

5  DAVID J. RICHTER, ESQ. (Bar No. 165694)
   JOHNNY Y. CHEN, ESQ. (Bar No. 198469)
6  DivX Networks, Inc.
   10350 Science Center Drive, Suite 140
7  San Diego, CA 92121
   (858) 909-5300
8  FAX: (858) 909-5301

9  Counsel for Plaintiff

10

11          UNITED STATES DISTRICT COURT FOR THE

12             SOUTHERN DISTRICT OF CALIFORNIA

13

14  DIVXNETWORKS, INC.,                )   CASE NO.  04 CV 2386 L (BLM)
                                       )
15              Plaintiff,             )
                                       )   NOTICE OF RELATED CASE
16         v.                          )
                                       )
17  ARCHOS, INC. and ARCHOS S.A.,      )
                                       )
18              Defendants.            )
    ———————————————————————————————————)
19

20

21          PLEASE TAKE NOTICE that the present action is related to Civil Action No. 04-1400

22  that was filed on October 28, 2004 and is currently pending in the District of Delaware.  This

23  Delaware suit is substantially identical to the present action; however, defendant Archos S.A. is

24  not a party to the Delaware action.  These actions are properly both heard in the present district,

25  and both the basis for this conclusion and the relationship between these actions is explored at

26  some length in the document entitled "Plaintiff's Memorandum of Points and Authorities

27  Opposition to Defendant's Motion to Transfer, Dismiss or Stay" (the "Memorandum").

28



NOTICE OF RELATED CASE - 04cv2386

1    The Memorandum is filed contemporaneously herewith and incorporated by reference

2  herein.  The present action should be litigated in this Court, rather than transferred, stayed, or

3  dismissed in favor of the Delaware action, for each of the reasons expressed in the Memorandum.

4

5

6

7  DATED: January 14, 2005                    By_____

8                                             Shaun P. Martin
                                               Counsel for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is at the University of San Diego School of Law, 5998 Alcala Park, Warren Hall, San Diego, CA 92110.

On January 15, 2005, I served the following documents:

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS, TRANSFER OR STAY;

DECLARATION OF SHAUN P. MARTIN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS, TRANSFER OR STAY;

DECLARATION OF LISA DEHAINE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS, TRANSFER OR STAY; and

NOTICE OF RELATED CASE

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in the United States mail in San Diego, California, at the University of San Diego School of Law, 5998 Alcala Park, San Diego, California, 92110, and addressed to the following:

Charles F. Reidelbach, Jr., Esq.
Higgs, Fletcher & Mack, LLP
401 West A Street, Suite 2600
San Diego, CA 92101

Douglas V. Rigler, Esq.
Young & Thompson
745 South 23rd Street
Arlington, VA 22202

I am readily familiar with the practice of the University of San Diego School of Law of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date is more than one day after the date of deposit for mailing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 14, 2005, at San Diego, California

_____
Shaun P. Martin