Original



1   Charles F. Reidelbach, Jr., State Bar No. 167482   (Space Below Reserved for Filing Stamp Only)
    Phillip C. Samouris, State Bar No. 163303
2   HIGGS, FLETCHER & MACK LLP              05 JAN 24  PM 3: 31
3   401 West A Street, Suite 2600
    San Diego, CA 92101-7910               CLERK, U.S. DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA
4   Telephone: (619) 236-1551
    Facsimile: (619) 696-1410              BY: M. Marner DEPUTY

5
    Douglas V. Rigler
6   YOUNG & THOMPSON                       U.S. DISTRICT COURT
    745 South 23rd Street                  DISTRICT OF DELAWARE
7   Arlington, Virginia 22202
    Telephone: (703) 521-2297              0 5 -   2 4 0
8   Facsimile: (703) 685-0573

9
    Attorneys for Defendants ARCHOS, INC.
10

11          IN THE UNITED STATES DISTRICT COURT FOR

12          THE SOUTHERN DISTRICT OF CALIFORNIA

13
    DIVXNETWORKS, INC.,          )    CASE NO. 04 CV 2386 L (BLM)
14                               )
           Plaintiff,            )    NOTICE OF RELATED CASE
15                               )
    v.                           )    Date: January 31, 2005
16                               )    Time: 10:30 AM
    ARCHOS, INC. and ARCHOS      )    Courtroom: 14 – Fifth Floor
17  S.A., *                      )
                                 )    Date Complaint Filed: November 30, 2004
18         Defendants.           )
                                 )
19  _____    )

20

21

22         PLEASE TAKE NOTICE that the present action is related to a first-filed declaratory

23  judgment action, Archos, Inc. v. DivX Networks, Inc., Civil Action No. 04-1400, that was

24  _____

25

26  * Archos S.A. has not been served with the complaint in this action as of the date of this
    filing.
27

28  _____
                          -1-



Page 1 of 2          15          NOTICE OF RELATED CASE  04cv2386

Young & Thompson
745 South 23rd Street, Suite 200
ARLINGTON, VA 22202
(703) 521-2297

filed on October 28, 2004, and is currently pending before the United States District Court for the District of Delaware. The first-filed Delaware declaratory judgment action is essentially identical to the present action.

Unlike this second-filed action, however, the first-filed Delaware action is not subject to dismissal as is this action. In the first filed Delaware action, DivXNetworks, Inc. ("DivX") has admitted jurisdiction and answered the complaint asserting counterclaims which Archos, Inc. ("Archos") has answered. *See* Motion to Dismiss Or Alternatively Transfer Or Stay Action And For The Imposition Of Sanctions and related documentation filed in support of Archos' motion.

No motion is pending before the Delaware District Court and the Delaware District Court already has issued an order for and received a Rule 16 proposed Scheduling Order.

Dated:  January 24, 2005

Douglas V. Rigler
Counsel for Defendant Archos, Inc.

Young & Thompson
745 South 23rd Street, Suite 200
ARLINGTON, VA 22202
(703) 521-2297

-2-