**Original**

CHARLES F. REIDELBACH, JR., ESQ. (Bar No. 167482)
PHILLIP C. SAMOURIS, ESQ. (Bar No. 163303)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

DOUGLAS V. RIGLER
YOUNG & THOMPSON
745 SOUTH 23RD STREET
ARLINGTON, VIRGINIA 22202
TELEPHONE: (703) 521-2297
FACSIMILE: (703) 685-0573

Attorneys for Defendant
ARCHOS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVXNETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCHOS, INC. and ARCHOS S.A., <br><br> Defendants. | CASE NO. 04 CV 2386 L (BLM) <br><br> **PROOF OF PERSONAL SERVICE** <br><br><br> CASE FILED: November 30, 2004 |

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. On January 25, 2005, I served the following documents, with all exhibits (if any):

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

by delivering copies thereof to:

**David J. Richter, Esq.
Johnny Y. Chen, Esq.
DivXNetworks, Inc.
4780 Eastgate Mall
San Diego, CA 92121
Tel: 858-882-0600
Fax: 858-882-0601**

---

663362.1  Case No. 04 CV 2386 L (BLM)

1 | Person with whom left: ANNETRAH STEWART, Administrative Assistant
2 | Date: January 25, 2005
3 | Time: 3:04 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2005

By: _____

<u>DivXNetworks, Inc. v. Archos, Inc.</u>
Case No. 04 CV 2386 L (BLM)

## ATTACHMENT TO CERTIFICATE OF SERVICE

1. **REPLY DECLARATION OF DOUGLAS V. RIGLER IN FURTHER SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS, TRANSFER, OR STAY ACTION AND FOR IMPOSITION OF SANCTIONS**

2. **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS, TRANSFER, OR STAY ACTION AND FOR IMPOSITION OF SANCTIONS**

3. **NOTICE OF RELATED CASE**

657567.1