Original

1  CHARLES F. REIDELBACH, JR., ESQ. (Bar No. 167482)
   PHILLIP C. SAMOURIS, ESQ. (Bar No. 163303)
2  HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
3  San Diego, CA 92101-7913
   TEL: 619.236.1551
4  FAX: 619.696.1410

5  DOUGLAS V. RIGLER
   YOUNG & THOMPSON
6  745 SOUTH 23RD STREET
   ARLINGTON, VIRGINIA 22202
7  TELEPHONE: (703) 521-2297
   FACSIMILE: (703) 685-0573
8
   Attorneys for Defendant
9  ARCHOS, INC.

05 JAN 26 AM 10:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

RECEIVED APR 25 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05 - 240

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVXNETWORKS, INC., | CASE NO. 04 CV 2386 L (BLM) |
| Plaintiff, | PROOF OF PERSONAL SERVICE |
| v. | |
| ARCHOS, INC. and ARCHOS S.A., | |
| Defendants. | CASE FILED: November 30, 2004 |

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. On January 25, 2005, I served the following documents, with all exhibits (if any):

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

by delivering copies thereof to:

**Attorneys for Plaintiff**
Shaun P. Martin, Esq.
**University of San Diego School of Law**
5998 Alcala Park, Warren Hall
San Diego, CA 92110
Phone: 619-260-2347
Fax: 619-260-7933

---

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

663362.1

Case No. 04 CV 2386 L (BLM)

1  Person with whom left: CHRISTINA FALCONE, Administrative Assistant
  2  Date: January 25, 2005
  3  Time: 2:33 p.m.

  4
  5      I declare under penalty of perjury under the laws of the State of California that the
      foregoing is true and correct.
  6
  7  Executed on January 25, 2005
  8  By: _____
  9

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

663362.1                              2                    Case No. 04 CV 2386 L (BLM)

<u>DivXNetworks, Inc. v. Archos, Inc.</u>
Case No. 04 CV 2386 L (BLM)

## ATTACHMENT TO CERTIFICATE OF SERVICE

1. REPLY DECLARATION OF DOUGLAS V. RIGLER IN FURTHER SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS, TRANSFER, OR STAY ACTION AND FOR IMPOSITION OF SANCTIONS

2. REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS, TRANSFER, OR STAY ACTION AND FOR IMPOSITION OF SANCTIONS

3. NOTICE OF RELATED CASE

657567.1