FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY -5 PH 3: 02

# YOUNG & THOMPSON
International Patent & Trademark Law

*Established 1903*

Emil Bönnelycke
1875–1936

William H. Young
1902–1958

Irvin S. Thompson
1903–1979



April 29, 2005

Clerk of Court
United States District Court
District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

Re:    Archos Inc. v. DivXNetworks, Inc., 1:04-cv-1400-JJF and
       DivXNetworks, Inc. v. Archos Inc., et al., 05-cv-240-UNA
       Our File No. 0609-145

Dear Clerk:

Please be advised that *DivXNetworks Inc. v. Archos Inc., et al.* 05-cv-240-UNA, transferred from California, is related to *Archos Inc. v. DivXNetworks, Inc.*, 1:04-cv-1400-JJF, already pending before Judge Farnan. The California action was transferred, in part, because the first filed action was pending before Judge Farnan.

Sincerely yours,

Michael Piziali

MP/kj

cc:  All counsel of record

     Jeffrey L. Moyer
     Richards, Layton & Finger, P.A.
     One Rodney Square, P.O. Box 551
     Wilmington, DE 19899

745 South 23rd Street
Arlington, Virginia 22202
(703) 521-2297

Website: www.young-thompson.com
Facsimile: (703) 685-0573 · (703) 979-4709
Licensing & Litigation Fax: (703) 521-8231

Shaun P. Martin
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110

David J. Richter
Johhny Y. Chen
DivXNetworks, Inc.
4780 Eastgate Mall
San Diego, CA 92121

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391