IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVXNETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARCHOS, INC., )<br>)<br>Defendant. ) | C.A. No. 05-00240-JJF |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance on behalf of Archos, Inc.

/s/ Karen E. Keller
John W. Shaw (#3362)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

Attorneys for Archos, Inc.

OF COUNSEL:
Douglas V. Rigler, Esq.
YOUNG & THOMPSON
745 South 23rd Street
Arlington, VA 22202

Dated: May 9, 2005

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on May 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jeffrey L. Moyer, Esquire
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899-0551

I further certify that on May 9, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Shaun P. Martin
> University of San Diego School of Law
> 5998 Alcala Park, Warren Hall
> San Diego, CA 92110

> David J. Richter, Esquire
> Johhny Y. Chen, Esquire
> DivXNetworks, Inc.
> 4780 Eastgate Mall
> San Diego, CA 92121

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for Archos, Inc.