IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVXNETWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-00240-JJF |
| | ) |
| ARCHOS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance on behalf of Plaintiff DivXNetworks, Inc.

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
302-651-7700
Attorneys for Plaintiff DivXNetworks, Inc.

Dated: May 12, 2005

RLF1-2875017-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Karen E. Keller, Esquire
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

---

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302-651-7700

RLF1-2875027-1