REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO:  Commissioner of Patents and Trademarks
     Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 05-240 | 04/25/05 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Divxnetworks Inc. | Archos Inc.<br>Archos SA |

PATENT/TRADEMARK NO.   DATE OF PATENT/TRADEMARK   HOLDER OF PATENT OR TRADEMARK

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
|  | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

PATENT/TRADEMARK NO.   DATE OF PATENT/TRADEMARK   HOLDER OF PATENT OR TRADEMARK
1
2
3
4
5

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

*See attached*

*[signature]* Deputy Clerk    6/20/06

CLERK
PETER T. DALLEO, CLERK        (BY) DEPUTY CLERK        DATE